UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Patrick Moscatello, Esq. PM3747
90 Washington St.
Long Branch, NJ 07740
(732)-870-1370
Attorney for Debtors

In Re:

CRAIG F. WARREN
and
LORRAINE L. WARREN
              Debtor(s).

Case No.: 13-12013/CMG

Chapter: 13

Hearing Date: 04/05/17

Judge: Christine M. Gravelle

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☐ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☒ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The Debtors in the above-captioned Chapter 13 proceeding hereby object to the following:

1.   ☐  Motion for Relief from the Automatic Stay filed by ____, creditor. A hearing has been scheduled for ____, 2010 at 9:00 am.

**OR**

☒  Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for April 5, 2017 at 9:00 am.

☐  Certification of Default filed by ____, creditor. We are requesting a hearing be scheduled on this matter.

**OR**

☐  Certification of Default filed by Standing Chapter 13 Trustee. We are requesting a hearing be scheduled on this matter.

Re: In re Warren
Bky No.: 13-12013/CMG

    2   ☐  Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

    2   ☒  Payments have not been made for the following reasons and debtor proposes repayment as follows: <u>It appears that a payment was inadvertently missed back in 2014. We have made payments totaling $2,814.00 to bring our arrears current. We will resume our payments on time beginning in April.</u>

    2   ☐  Other: _____

3. This certification is being made in an effort to resolve the issues raised by the creditor in its Motion.

Re: In re Warren
Bky No.: 13-12013/CMG

4. We certify the above facts to be true. We are aware that if the above facts are willfully false, we are subject to punishment.

Date: 3/23/17

_____
Craig F. Warren

Date: 3/23/17

_____
Lorraine L. Warren