Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re Craig & Lorraine Warren    ,    Case No. 13-12013-CMG

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 20 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/7/17.

| | |
|---|---|
| HSBC MORTGAGE SERVICING, INC.<br>Name of Alleged Transferor | Select Portfolio Servicing<br>Name of Transferee |
| Address of Alleged Transferor:<br>HSBC Mortgage Services, Inc.<br>POB 21188<br>Eagan, MN 55121 | Address of Transferee:<br>Select Portfolio Servicing as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1<br>POB 65250, Salt Lake City, UT 84165-0250 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/7/2017

Jeanne A. Naughton
**CLERK OF THE COURT**