UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Patrick Moscatello, Esq. PM3747
90 Washington St.
Long Branch, NJ 07740
(732)-870-1370
Attorney for Debtors

In Re:

   CRAIG F. WARREN
   and
   LORRAINE L. WARREN

               Debtor(s).

Case No.: 13-12013/CMG

Chapter: 13

Hearing Date: 05/07/18

Judge: Christine M. Gravelle

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
### ☐ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
### ☒ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The Debtors in the above-captioned Chapter 13 proceeding hereby object to the following:

1.   ☐   Motion for Relief from the Automatic Stay filed by
    , creditor.  A hearing has been scheduled for    , 2018 at
9:00 am.

**OR**

    ☒   Motion to Dismiss filed by the Standing Chapter 13
Trustee.  A hearing has been scheduled for May 7, 2018, 2018 at 9:00 am.

    ☐   Certification of Default filed by    , creditor.  I am
requesting a hearing be scheduled on this matter.

**OR**

    ☐   Certification of Default filed by Standing Chapter 13
Trustee.  We are requesting a hearing be scheduled on this matter.

Re:  In re Warren
Bky No.: 13-12013/CMG

2    ☐    Payments have been made in the amount of
$_____, but have not been accounted for.
Documentation in support is attached hereto.

2    ☐    Payments have not been made for the following
reasons and debtor proposes repayment as follows:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

2    ☒    Other: We made a payment in the amount of $957.50
on April 13, 2018.  A copy of the payment is
attached.  We will make the remaining payment of
$2,350.00 on April 27, 2018.  This should complete
our payments and begin the closing process of our
case.

3.    This certification is being made in an effort to resolve the issues
raised by the creditor in its Motion.

 **Gmail**

Patrick Moscatello <moscatellolaw@gmail.com>

## Fwd: Online ePay Payment Center - Payment Submission Confirmation

Lorraine <clwarren07@comcast.net>                                    Fri, Apr 13, 2018 at 11:52 AM
To: moscatellolaw@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** "Albert Russo, Chapter 13 Trustee" <epay@russotrustee.com>
> **Date:** April 13, 2018 at 8:50:49 AM EDT
> **To:** clwarren07@comcast.net
> **Subject: Online ePay Payment Center - Payment Submission Confirmation**
> **Reply-To:** epay@russotrustee.com

### Lorraine Warren

Thank you for making an online ePay payment for your Chapter 13 Bankruptcy case to Albert
Russo, Standing Chapter 13 Trustee. The details regarding the payment are below. If you
would like to verify your payment has been received and credited to your bankruptcy case,
please visit www.13datacenter.com in approximately 3 business days.

Your account will be debited $ 959.00 on the 16 Apr 2018
**Online Payment ID:**         13120136087
Payment Confirmation Number:4833492

| | |
|---|---|
| Payment Type: | Single Payment |
| Payment Entered Date: | 13 Apr 2018 |
| Payment Date: | 13 Apr 2018 |
| Payment Effective Date: | 16 Apr 2018 |
| Payment Amount: | $ 957.50 |
| Bank Processing Fee: | $ 1.50 |
| **Total Amount:** | **$ 959.00** |

*Please note that this payment will be shown as two separate debits on your account, in the
amounts of $ 957.50 and $ 1.50*

Re:  In re Warren
Bky No.: 13-12013/CMG

4.    We certify the above facts to be true.  We are aware that if the
above facts are willfully false, we are subject to punishment.

Date: 4/18/18

Craig F. Warren

Date: 4/18/18

Lorraine F. Warren