UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Patrick Moscatello, Esq. PM3747
90 Washington St.
Long Branch, NJ 07740
(732)-870-1370
Attorney for Debtor(s)

Order Filed on June 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | CRAIG F. WARREN and LORRAINE L. WARREN |
|---|---|

Debtor(s)
Address: 7 Dennis Place
West Long Branch, NJ 07764

Last four digits of SSN: 6087 and 7614

Case No. 13-12013/CMG

Chapter 13

Hearing Date:

Judge: Christine M. Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: June 15, 2018

Honorable Christine M. Gravelle
United States Bankruptcy Judge

RE: In re CRAIG F. WARREN and LORRAINE L. WARREN, Debtors
Bk. No. 13-12013/CMG
Caption: ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Patrick Moscatello, Esq., the Applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00. The allowance shall be payable:

☐ Through the Chapter 13 Plan as an administrative priority

☒ Outside of the Chapter 13 Plan

The debtors monthly plan is modified to require a payment of $N/A per month for N/A months to allow for payment of the aforesaid fee.