| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Patrick Moscatello, Esq. PM3747<br>90 Washington St.<br>Long Branch, NJ 07740<br>(732)-870-1370<br>Attorney for Debtor(s) | Order Filed on June 15, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:   CRAIG F. WARREN<br>              and<br>              LORRAINE L. WARREN<br><br>                              Debtor(s)<br>Address: 7 Dennis Place<br>              West Long Branch, NJ 07764<br><br>Last four digits of SSN: 6087 and 7614 | Case No. 13-12013/CMG<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: Christine M. Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: June 15, 2018

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

RE: In re CRAIG F. WARREN and LORRAINE L. WARREN, Debtors
Bk. No. 13-12013/CMG
Caption: ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Patrick Moscatello, Esq., the Applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00. The allowance shall be payable:

☐ Through the Chapter 13 Plan as an administrative priority

☒ Outside of the Chapter 13 Plan

The debtors monthly plan is modified to require a payment of $N/A per month for N/A months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-12013-CMG
Craig F. Warren                                                       Chapter 13
Lorraine L. Warren
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 15, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
db/jdb         +Craig F. Warren,    Lorraine L. Warren,    7 Dennis Place,    West Long Branch, NJ 07764-1309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Bunce   Atkinson     on behalf of Trustee Albert   Russo bunceatkinson@aol.com, NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Denise E. Carlon     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure     on behalf of Creditor    PNC Bank, National Association
               NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              Melissa N. Licker    on behalf of Creditor    PNC BANK, N.A. NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    PNC Bank, National Association
               NJ_ECF_Notices@buckleymadole.com
              Patrick   Moscatello    on behalf of Debtor Craig F. Warren moscatellolaw1@gmail.com,
               moscatellolaw2@gmail.com;moscatellolaw2@comcast.net
              Patrick   Moscatello    on behalf of Joint Debtor Lorraine L. Warren moscatellolaw1@gmail.com,
               moscatellolaw2@gmail.com;moscatellolaw2@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor    BENEFICIAL FINANCIAL I INC. rsolarz@kmllawgroup.com
                                                                                               TOTAL: 11