PATRICK MOSCATELLO PM3747
90 Washington Street
Long Branch, NJ 07740
732-870-1370
Attorney for Debtors

Order Filed on June 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:  CRAIG F. WARREN<br>and<br>LORRAINE L. WARREN<br><br>Debtor(s).<br><br>Address: 7 Dennis Place<br>West Long Branch, NJ 07764<br><br>Last four digits of Social Security No(s).:<br>6087 and 7614 | CASE NO.: 13-12013/CMG<br><br>CHAPTER 13<br><br>HEARING DATE:<br><br>JUDGE: Christine M. Gravelle |

### ORDER ON MOTION TO CANCEL AND DISCHARGE:
☒ **MORTGAGE**  ☐ **LIEN**  ☐ **OTHER (SPECIFY)**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 22, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☐ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:

Location (Street Address) 7 Dennis Place, West Long Branch, NJ 07764

Description of Mortgage/Judgment Lien:

   a. Original Mortgagee/Lienholder: Beneficial Mortgage Co.
   b. Current Assignee: Wilmington Savings Fund Society
   c. Current Servicer: _____
   d. Date of Mortgage/Lien: May 16, 2007
   e. Date of Recordation: May 22, 2007
   f. Place of Recordation: Monmouth County, New Jersey
      i. Mortgage Book: OR-8653
      ii. Page: 3087 (6 pages)
   g. Original Principal Balance of Mortgage Lien: $62,487.86

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**