PATRICK MOSCATELLO PM3747
90 Washington Street
Long Branch, NJ 07740
732-870-1370
Attorney for Debtors



**Order Filed on June 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:    CRAIG F. WARREN<br>         and<br>         LORRAINE L. WARREN<br><br>                              Debtor(s).<br><br>Address: 7 Dennis Place<br>         West Long Branch, NJ 07764<br><br>Last four digits of Social Security No(s).:<br>         6087 and 7614 | CASE NO.: 13-12013/CMG<br><br>CHAPTER 13<br><br>HEARING DATE:<br><br>JUDGE:  Christine M. Gravelle |

### ORDER ON MOTION TO CANCEL AND DISCHARGE:
☒ MORTGAGE   ☐ LIEN   ☐ OTHER (SPECIFY) _____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 22, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☐ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 7 Dennis Place, West Long Branch, NJ 07764

Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Beneficial Mortgage Co.
   b. Current Assignee: Wilmington Savings Fund Society
   c. Current Servicer: _____
   d. Date of Mortgage/Lien: May 16, 2007
   e. Date of Recordation: May 22, 2007
   f. Place of Recordation: Monmouth County, New Jersey
      i. Mortgage Book: OR-8653
      ii. Page: 3087 (6 pages)
   g. Original Principal Balance of Mortgage Lien: $62,487.86

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-12013-CMG
Craig F. Warren                                                           Chapter 13
Lorraine L. Warren
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1           Date Rcvd: Jun 22, 2018
                              Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.
db/jdb         +Craig F. Warren,   Lorraine L. Warren,   7 Dennis Place,   West Long Branch, NJ 07764-1309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Bunce   Atkinson    on behalf of Trustee Albert   Russo bunceatkinson@aol.com, NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    PNC Bank, National Association
               NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              Melissa N. Licker    on behalf of Creditor    PNC BANK, N.A. NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    PNC Bank, National Association
               NJ_ECF_Notices@buckleymadole.com
              Patrick   Moscatello    on behalf of Debtor Craig F. Warren moscatellolaw1@gmail.com,
               moscatellolaw2@gmail.com;moscatellolaw2@comcast.net
              Patrick   Moscatello    on behalf of Joint Debtor Lorraine L. Warren moscatellolaw1@gmail.com,
               moscatellolaw2@gmail.com;moscatellolaw2@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor    BENEFICIAL FINANCIAL I INC. rsolarz@kmllawgroup.com
                                                                                             TOTAL: 11