PATRICK MOSCATELLO PM3747
90 Washington Street
Long Branch, NJ 07740
732-870-1370
Attorney for Debtors

Order Filed on June 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re:   CRAIG F. WARREN           )   CASE NO.: 13-12013/CMG
         and                       )
         LORRAINE L. WARREN        )   CHAPTER 13
                                   )
                       Debtor(s).  )   HEARING DATE:
                                   )
Address: 7 Dennis Place            )   JUDGE: Christine M. Gravelle
         West Long Branch, NJ 07764)
                                   )
Last four digits of Social Security No(s).: )
         6087 and 7614             )
_____)

CORRECTED **ORDER ON MOTION TO CANCEL AND DISCHARGE:**
☒ **MORTGAGE**  ☐ **LIEN**  ☐ **OTHER (SPECIFY)**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 29, 2018**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 7 Dennis Place, West Long Branch, NJ 07764

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Beneficial Mortgage Co.
    b. Current Assignee: Wilmington Savings Fund Society
    c. Current Servicer: _____
    d. Date of Mortgage/Lien: May 16, 2007
    e. Date of Recordation: May 22, 2007
    f. Place of Recordation: Monmouth County, New Jersey
        i. Mortgage Book: OR-8653
        ii. Page: 3087 (6 pages)
    g. Original Principal Balance of Mortgage Lien: $62,487.86

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**