**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Craig F. Warren | Social Security number or ITIN   xxx–xx–6087 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lorraine L. Warren | Social Security number or ITIN   xxx–xx–7614 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–12013–CMG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Craig F. Warren                                       Lorraine L. Warren

7/13/18                                               **By the court:** Christine M. Gravelle
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                       Case No. 13-12013-CMG
Craig F. Warren                                              Chapter 13
Lorraine L. Warren
        Debtors               CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 3         Date Rcvd: Jul 13, 2018
                              Form ID: 3180W               Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db/jdb         +Craig F. Warren,    Lorraine L. Warren,    7 Dennis Place,    West Long Branch, NJ 07764-1309
cr             +PNC BANK, N.A.,    P. O. Box 9013,    Addison, TX 75001-9013
cr             +PNC Bank, National Association,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
513650446      +Atlantic Ambulatory Anesthesia,    PO Box 188,    Little Silver, NJ 07739-0188
513650449      +Beneficial,    PO Box 182676,    Columbus, OH 43218-2676
513940344      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513650456     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Home Depot,    PO Box 653000,    Dallas, TX   75265)
514529526      +CTECH Collections Inc.,    5505 Nesconset Hwy., Ste. 200,    Mt. Sinai, NY 11766-2026
513927903      +Capital Recovery V, LLC,    c/o Recovery Management Systems Corporat,    PO Box 12931,
                 Norfolk, VA 23541-0931
513650451       Central Jersey Radiology,    PO Box 809,    Brewick, PA  18603-0809
513650454       Emergency Medical Associates,    PO Box 717,    Livingston, NJ  07039-0717
513650459      +Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
513650461      +Monmouth Emergency Medical Assoc.,    PO Box 5786,    Parsippany, NJ 07054-6786
513650463      +Monmouth Medical Imaging,    PO Box 1259 Dept. #88679,    Oaks, PA 19456-1259
513650464       Noth America Porturus In Anestheisa,    PO Box 49,    Glenhead, NY  11545-0049
516155786      +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, Ohio 45342-5421
514863568      +PNC Bank, National Association,    Zucker, Goldbeg & Ackerman, LLC,
                 200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315
513772159      +PNC Mortgage,    3232 Newmark Dr.,    Miamisburg, OH 45342-5433
513650467       PNC Mortgage,    PO Box 1820,    Dayton, OH  45401-1820
517163750       Select Portfolio Servicing,    PO Box 65450 Salt Lake City,UT 84165-045
513650470      +Shrewsbury Surgery Center, LLC,    665 Shrewsbury Avenue,    Shrewsbury, NJ 07702-4134
513650471      +Spine And Pain Centers PA,    665 Shrewsbury Avenue Suite 202,    Shrewsbury, NJ 07702-4134
513650473      +Valley National Bank,    1445 Valley Rd.,    Wayne, NJ 07470-8438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 23:35:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 23:35:47     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513650445      +EDI: RMSC.COM Jul 14 2018 03:13:00      Amazon,    PO Box 960013,    Orlando, FL 32896-0013
513811132       EDI: RESURGENT.COM Jul 14 2018 03:13:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
513650447      +EDI: WFNNB.COM Jul 14 2018 03:13:00      Avenue,    PO Box 659584,    San Antonio, TX  78265-9584
513650448      +E-mail/Text: ebn@barnabashealth.org Jul 13 2018 23:36:25      Barnabas Health,    PO Box 903,
                 Oceanport, NJ 07757-0903
513650450      +EDI: CAPITALONE.COM Jul 14 2018 03:13:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
513650452       EDI: RCSDELL.COM Jul 14 2018 03:13:00      Dell Financial Services,    PO Box 5292,
                 Carol Stream, IL  60197
513672920      +EDI: TSYS2.COM Jul 14 2018 03:13:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513650453      +EDI: HFC.COM Jul 14 2018 03:13:00      Direct Merchant Bank,    PO Box 17313,
                 Baltimore, MD 21297-1313
513650455      +EDI: RMSC.COM Jul 14 2018 03:13:00      GE Capital,    PO Box 960061,    Orlando, FL 32896-0061
513959415       EDI: RMSC.COM Jul 14 2018 03:13:00      GE Capital Retail Bank,    Attn: Bankruptcy Department,
                 PO Box 960061,    Orlando FL 32896-0661
513650457      +EDI: HFC.COM Jul 14 2018 03:13:00      HSBC Card Services,    PO Box 37281,
                 Baltimore, MD 21297-3281
513924683      +EDI: HFC.COM Jul 14 2018 03:13:00      HSBC MORTGAGE SERVICING, INC.,    POST OFFICE BOX 21188,
                 EAGAN,MINNESOTA 55121-0188
513891651       EDI: JEFFERSONCAP.COM Jul 14 2018 03:13:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
513891652       EDI: JEFFERSONCAP.COM Jul 14 2018 03:13:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302
513650458      +EDI: WFNNB.COM Jul 14 2018 03:13:00      Justice,    PO Box 659728,    San Antonio, TX 78265-9728
513650460      +EDI: TSYS2.COM Jul 14 2018 03:13:00      Macy's,    PO Box 183083,    Columbus, OH 43218-3083
513650462       E-mail/Text: ebn@barnabashealth.org Jul 13 2018 23:36:25      Monmouth Medical Center,
                 PO Box 903,    Oceanport, NJ  07757-0903
513905998      +EDI: OPHSUBSID.COM Jul 14 2018 03:13:00      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513650465      +EDI: RMSC.COM Jul 14 2018 03:13:00      Old Navy,    PO Box 530942,    Atlanta, GA 30353-0942
514872118       EDI: PRA.COM Jul 14 2018 03:13:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
514872119       EDI: PRA.COM Jul 14 2018 03:13:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
513831755       EDI: PRA.COM Jul 14 2018 03:13:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Jul 13, 2018
                              Form ID: 3180W           Total Noticed: 62


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513907964      EDI: PRA.COM Jul 14 2018 03:13:00      Portfolio Recovery Associates, LLC,
               c/o Hsbc Bank Nevada, N.a,    POB 41067,    Norfolk VA 23541
513914892      EDI: PRA.COM Jul 14 2018 03:13:00      Portfolio Recovery Associates, LLC,   c/o Old Navy,
               POB 41067,    Norfolk VA 23541
513915698      EDI: PRA.COM Jul 14 2018 03:13:00      Portfolio Recovery Associates, LLC,
               c/o Paypal Smart Connect,    POB 41067,    Norfolk VA 23541
513914927      EDI: PRA.COM Jul 14 2018 03:13:00      Portfolio Recovery Associates, LLC,
               c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
513650466      EDI: RMSC.COM Jul 14 2018 03:13:00      Pay Pal,    PO Box 960080,    Orlando, FL   32896-0080
513761990      EDI: Q3G.COM Jul 14 2018 03:13:00      Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA   98083-0788
513650468     +EDI: DRIV.COM Jul 14 2018 03:13:00      Santander,    PO Box 961245,    Forth Worth, TX 76161-0244
513658995      EDI: DRIV.COM Jul 14 2018 03:13:00      Santander Consumer USA,    P.O. Box 560284,
               Dallas, TX 75356-0284
513650469     +EDI: SEARS.COM Jul 14 2018 03:13:00      Sears,    PO Box 183082,    Columbus, OH 43218-3082
517163751     +E-mail/Text: jennifer.chacon@spservicing.com Jul 13 2018 23:37:11
               Select Portfolio Servicing,    PO Box 65450 Salt Lake City,UT 84165-045,
               Select Portfolio Servicing,    PO Box 65450 Salt Lake City,UT 84165-0450
513686905     +E-mail/Text: bncmail@w-legal.com Jul 13 2018 23:36:04      TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513800039     +E-mail/Text: bncmail@w-legal.com Jul 13 2018 23:36:04      TD Bank USA, N.A.,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
513650472     +EDI: WTRRNBANK.COM Jul 14 2018 03:13:00      Target National Bank,    PO Box 59317,
               Minneapolis, MN 55459-0317
516909833     +E-mail/Text: electronicbkydocs@nelnet.net Jul 13 2018 23:35:56
               U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
513650474     +EDI: RMSC.COM Jul 14 2018 03:13:00      Walmart,    PO Box 981084,    El Paso, TX 79998-1084
                                                                                              TOTAL: 39

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +TD Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
              Seattle, WA 98121-3132
513668466*   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
              PO Box 10390,    Greenville, SC 29603-0390)
514124198*   ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302)
514124199*   ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302,
              JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302)
515000343*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk, VA 23541)
515000344*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541)
513831828*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,
              Norfolk VA 23541)
                                                                                 TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Jul 13, 2018
                              Form ID: 3180W           Total Noticed: 62
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Bunce  Atkinson    on behalf of Trustee Albert   Russo bunceatkinson@aol.com, NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    PNC Bank, National Association
               NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
              Melissa N. Licker    on behalf of Creditor    PNC BANK, N.A. NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    PNC Bank, National Association
               NJ_ECF_Notices@buckleymadole.com
              Patrick  Moscatello    on behalf of Joint Debtor Lorraine L. Warren moscatellolaw1@gmail.com,
               moscatellolaw2@gmail.com;moscatellolaw2@comcast.net
              Patrick  Moscatello    on behalf of Debtor Craig F. Warren moscatellolaw1@gmail.com,
               moscatellolaw2@gmail.com;moscatellolaw2@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor    BENEFICIAL FINANCIAL I INC. rsolarz@kmllawgroup.com
                                                                                            TOTAL: 11
```